20 So.2d 891

**Herman BLAKE v. STATE.**

5 Div. 208.

Court of Appeals of Alabama.
Jan. 9, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

19 So.2d 851

**Homer BLODGETT. v. STATE.**

1 Div. 492.

Court of Appeals of Alabama.
Nov. 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

14 So.2d 911

**Mallie BOLTON v. STATE.**

6 Div. 978.

Court of Appeals of Alabama.
May 25, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 114

**Clem BOOKER v. STATE.**

4 Div. 845.

Court of Appeals of Alabama.
April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

13 So.2d 895

**James Washington BOSWELL v. STATE.**

5 Div. 181.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

19 So.2d 851

**Harold BOTHAM v. STATE.**

1 Div. 493.

Court of Appeals of Alabama.
Nov. 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.